LAWLESS v. WARNECKE. (Circuit Court of Appeals, Second Circuit. November 13, 1901.) No. 11. Appeal from the Circuit Court of the United States for the Eastern District of New York. Clarence Kelsey, for appellant. Before WALLACE and LACOMBE, Circuit Judges. No opinion. Decree affirmed in open court.

---

NEW YORK BOARD OF FIRE UNDERWRITERS v. MOODY. (Circuit Court of Appeals, Second Circuit. November 14, 1901.) No. 16. In Error to the Circuit Court of the United States for the Southern District of New York. Lewis H. Freedman, for plaintiff in error. James S. Darcey, for defendant in error. Before WALLACE, Circuit Judge, and TOWNSEND, District Judge.

PER CURIAM. We regard the assignments of error as so plainly without merit that no useful purpose would be subserved by discussing them seriatim. The case involves merely the application of the familiar rules of the law of negligence to the particular facts. It presented questions of fact for the jury upon the issues of negligence on the part of the defendant and contributory negligence on the part of the plaintiff. These questions were submitted to the jury fully and plainly by the trial judge, and his instructions in respect to the legal propositions involved were adequate and accurate. We find no error in the record, and the judgment should therefore be affirmed.

---

OTTENDORFER v. McLELLAN DOCK CO. (Circuit Court of Appeals, Fifth Circuit. December 11, 1901.) No. 1,069. Appeal from the District Court of the United States for the Eastern District of Louisiana. S. L. Gilmore, for appellant. Harry H. Hall, for appellee. Appeal dismissed for failure to print record.

---

SODERGREN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 7, 1901.) No. 721. In Error to the District Court of the United States for the Territory of Hawaii. Kinney, Ballou & McClanahan (W. A. Bigelow and Nathan H. Frank, of counsel), for plaintiff in error. Dismissed.

---

WHITE STAR S. S. CO. et al. v. BETSCH et al. (Circuit Court of Appeals, Ninth Circuit. October 7, 1901.) No. 718. Appeal from the Circuit Court of the United States for the District of Alaska, Second Division. Page, McCutcheon, Harding & Knight, for appellants. Dismissed.

---

THE WILLIAM H. BAILEY. (Circuit Court of Appeals, Second Circuit. November 14, 1901.) No. 6. Appeal from the District Court of the United States for the District of Connecticut. James D. Dewell and A. F. Cushman, for appellant. Henry F. Parmelee and W. W. Cook (George D. Watrous, of counsel), for appellee. Before WALLACE and LACOMBE, Circuit Judges. No opinion. Decree of district court (100 Fed. 115) affirmed, with interest and costs, on opinion of district judge.